LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
**LAW OFFICE OF LISA RASMUSSEN**
1980 Festival Plaza Drive, Suite 300
Las Vegas, NV 89135
Tel. (702) 327-7631
Email: Lisa@LRasmussenLaw.com
*Counsel for Junmin Mai*

LAW OFFICE OF LISA RASMUSSEN
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

YANYAN HUANG;
JUNMIN MAI;
PEILAN LI;
MEILING WU
YONGYINH ZHU.

Defendants.

Case No. 2:26-mj-649-MDC

**STIPULATION TO CONTINUE PRELIMINARY HEARING**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between the United States Attorney Office, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Yi Lin Zheng, counsel for Yanyan Huang, Lisa Rasmussen, counsel for Junmin Mai, Charles Goodwin, counsel for Peilan Li, Thomas Ericsson, counsel for Meiling Wu, and Jackie Tirinnanzi, counsel for Yongying Zhu, that the preliminary hearing scheduled for October 14, 2026 at 4:00 pm be continued at least thirty (45) days. This is the second request to continue the preliminary hearing date.

The Stipulation is entered into for the following reasons:

LAW OFFICE OF LISA RASMUSSEN
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

1. The parties are engaged in ongoing discovery and discussions regarding a preindictment resolution to this case. As such, additional time is needed for discovery and to attempt to reach a resolution.

2. Junmin Mai is in custody and does not object to the continuance. Yanyan Huang, Peilan Li, Meiling Wu, and Yongying Zhu are not in custody and do not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second stipulation to continue the preliminary hearing date in this matter.

DATED: October 7, 2026.

By *_/s/ Yi Lin Zheng_*
Yi Lin Zheng
Counsel for Yanyan Huang

By _/s/ Lisa Rasmussen_
Lisa Rasmussen
Counsel for Junmin Mai

By *_/s/ Charles Goodwin_*
Charles Goodwin
Counsel for Peilan Li

United States Attorney's Office

By *_/s/ Robert Knief_*
Robert Knief
Assistant United States Attorney

By *_/s/ Thomas Ericsson_*
Thomas Ericsson
Counsel for Meiling Wu

By *_/s/ Jackie Tirinnanzi_*
Jackie Tirinnanzi
Counsel for Yongying Zhu

LAW OFFICE OF LISA RASMUSSEN
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YANYAN HUANG;<br>JUNMIN MAI;<br>PEILAN LI;<br>MEILING WU<br>YONGYINH ZHU.<br><br>Defendants. | Case No. 2:26-mj-649-MDC<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties are engaged in ongoing discovery and discussions regarding a preindictment resolution to this case. As such, additional time is needed for discovery and to attempt to reach a resolution.

2. Junmin Mai is in custody and does not object to the continuance. Yanyan Huang, Peilan Li, Meiling Wu, and Yongying Zhu are not in custody and do not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS FURTHER ORDERED that preliminary hearing scheduled for October 14, 2026, at 4:00 pm is vacated and reset for: December 21, 2026 at 4 p.m. in Courtroom 3A.

DATED: October 8, 2026

UNITED STATES MAGISTRATE JUDGE

LAW OFFICE OF LISA RASMUSSEN
1980 Festival Plaza Drive, Suite 300
Las Vegas, Nevada 89135